**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LINDA GARTH**                                               **PLAINTIFF**

**v.**                           **CIVIL ACTION NO. 1:24-CV-221-DAS**

**COMMISSIONER OF SOCIAL SECURITY**               **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

On October 14, 2025, Defendant, Commissioner of the Social Security Administration, filed an unopposed motion for voluntary remand for further administrative action under the fourth sentence of 42 U.S.C. § 405(g). [Dkt. 26]. The court finds this motion is well-taken.

IT IS, THEREFORE, **ORDERED** that Defendant's Unopposed Motion to Remand is **GRANTED** and this matter is **REVERSED** and **REMANDED** for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This the 23rd day of October, 2025.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**